MARGARET G. SINCLAIR, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the

---

* See Laws of 1901, chap. 466, § 610, as amd. by Laws of 1904, chap. 628, and Laws of 1913, chap. 333. The charge was violation of Code of Ordinances of City of New York, chap. 17, art. 1, § 5, being Park Ordinance. Sentence was a fine of $250 or stand committed for a period of thirty days.— [REP.

sum of $5,000; in which event the judgment as modified is unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.